THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON, | CASE NO. C17-0028-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KNIGHT TRANSPORTATION, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter came before the Court on the parties' stipulation regarding class certification briefing deadlines (Dkt. No. 10). The Court, finding good cause, ORDERS that the following deadlines be set for briefing the issue of class certification:

- Plaintiff's Opening Brief: July 21, 2017
- Defendant's Response: August 25, 2017
- Plaintiff's Reply: September 8, 2017

DATED this 22nd day of February 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER C17-0028-JCC
PAGE - 1