THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON, | CASE NO. C17-0028-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KNIGHT TRANSPORTATION, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadlines for class certification briefing (Dkt. No. 13.) The Court, finding good cause, GRANTS the motion. Plaintiff's opening brief is due August 25, 2017. Defendant's response is due September 29, 2017. Plaintiff's reply is due October 23, 2017.

DATED this 6th day of July 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0028-JCC
PAGE - 1