THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON, on her own behalf and on behalf of all others similarly situated, | CASE NO. C17-0028-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KNIGHT TRANSPORTATION, INC., an Arizona corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend the time to file class certification briefing (Dkt. No. 31). The Court, finding good cause, GRANTS the request. Plaintiff's opening brief is due December 8, 2017. Defendant's response brief is due January 19, 2018. Plaintiff's reply brief is due February 16, 2018. The Clerk is directed to enter a noting date of February 16, 2018.

//
//
//

1  DATED this 25th day of August 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C17-0028-JCC
PAGE - 2