THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| VALERIE SAMPSON, *et al.*, | CASE NO. C17-0028-JCC |
|---|---|
| Plaintiffs, | MINUTE ORDER |
| v. | |
| KNIGHT TRANSPORTATION, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend the time to file class certification briefing (Dkt. No. 43). The Court, finding good cause, ORDERS the following briefing schedule.

| Event | Filing Deadline |
|---|---|
| Plaintiff's Opening Brief | February 2, 2018 |
| Defendant's Response Brief | March 2, 2018 |
| Plaintiff's Reply | March 23, 2018 |

//

//

MINUTE ORDER C17-0028-JCC
PAGE - 1

1       DATED this 27th day of October 2017.

2                                               William M. McCool
                                               Clerk of Court

                                               s/Tomas Hernandez
                                               Deputy Clerk