THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VALERIE SAMPSON, *et al.*,

    Plaintiffs,

      v.

KNIGHT TRANSPORTATION, INC., *et al.*,

    Defendants.

CASE NO. C17-0028-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order to extend deadlines regarding class certification (Dkt. No. 50). The Court, finding good cause, ORDERS the following class certification deadlines:

| Event | Deadline |
| --- | --- |
| Plaintiffs conduct Rule 30(b)(6) depositions of Knight Refrigerated and Knight Port Services | No later than March 16, 2018 |
| Plaintiffs' Motion for Class Certification | March 30, 2018 |
| Defendants' Response | April 27, 2018 |
| Plaintiffs' Reply | May 18, 2018 |

//

MINUTE ORDER
C17-0028-JCC
PAGE - 1

1       DATED this 2nd day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-0028-JCC
PAGE - 2