THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALERIE SAMPSON and DAVID RAYMOND, on their own behalf and on the behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, and KNIGHT PORT SERVICES, LLC, an Arizona limited liability company,<br><br>Defendants. | NO. 2:17-cv-00028-JCC<br><br>**JOINT STATUS REPORT** |

In accordance with this Court's order of June 14, 2018 (Dkt. # 92), the Parties respectfully submit this joint status report.

On June 14, 2018, the Court certified the following question to the Washington Supreme Court: "Does the Washington Minimum Wage Act require non-agricultural employers to pay their piece-rate employees per hour for time spent performing activities outside of piece-rate work?" Dkt. # 92.

On September 5, 2019, the Washington Supreme Court answered the certified question "no." *See Sampson v. Knight Transportation, Inc.*, 193 Wn.2d 878, 448 P.3d 9 (2019).

JOINT STATUS REPORT – 1
CASE NO. 2:17-CV-00028-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

The Court issued its Certificate of Finality on October 16, 2019.  Plaintiffs believe the Court may proceed based on the class briefing already on file (Dkt Nos. 52, 70, 77, 79, 82, and 83). Defendants disagree and request that the Court submit a timetable for additional briefing so that Defendants may address both the Washington Supreme Court decision and additional caselaw that bears on certification of the remaining issues in the case. If the Court grants Defendants' request, Plaintiffs respectfully ask the Court to allow them to reply to Defendants' brief.

RESPECTFULLY SUBMITTED AND DATED this 9th day of December, 2019.

TERRELL MARSHALL LAW GROUP PLLC

By:  /s/ Toby J. Marshall, WSBA #32726
　　Toby J. Marshall, WSBA #32726
　　Email:  tmarshall@terrellmarshall.com
　　Erika L. Nusser, WSBA #40854
　　Email: enusser@terrellmarshall.com
　　936 North 34th Street, Suite 300
　　Seattle, Washington 98103
　　Telephone: (206) 816-6603
　　Facsimile: (206) 319-5450

　　Hardeep S. Rekhi, WSBA #34579
　　Email: hardeep@rekhiwolk.com
　　Gregory A. Wolk, WSBA #28946
　　Email:  greg@rekhiwolk.com
　　REKHI & WOLK, P.S.
　　529 Warren Avenue North, Suite 201
　　Seattle, Washington 98109
　　Telephone: (206) 388-5887
　　Facsimile: (206) 577-3924

*Attorneys for Plaintiffs*

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By:  s/ John Ellis, *admitted pro hac vice*
　　Paul Cowie, *admitted pro hac vice*
　　Email: anthony.todaro@dlapiper.com
　　John Ellis, *admitted pro hac vice*
　　Email:  pcowie@sheppardmullin.com
　　Email:  jellis@sheppardmullin.com
　　Four Embarcadero Center
　　Seventeenth Floor
　　San Francisco, California 94111
　　Telephone: (415) 434-9100

DLA Piper LLP (US)

By:  s/ Anthony Todaro, WSBA No. 30391
　　Anthony Todaro, WSBA No. 30391
　　Email: anthony.todaro@dlapiper.com
　　Jeffrey B. DeGroot, WSBA #46839
　　Email: jeff.degroot@dlapiper.com
　　Email:  patsy.howson@dlapiper.com
　　701 5th Avenue, Suite 7000
　　Seattle, Washington 98104
　　Telephone: (206) 839-4800
　　Facsimile: (415) 434-3947

*Attorneys for Defendants*

JOINT STATUS REPORT – 2
CASE NO. 2:17-CV-00028-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# CERTIFICATE OF SERVICE

I, Toby J. Marshall, hereby certify that on December 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Anthony Todaro, WSBA #30391
Email: anthony.todaro@dlapiper.com
Jeffrey B. DeGroot, WSBA #46839
Email: jeff.degroot@dlapiper.com
Email: patsy.howson@dlapiper.com
DLA PIPER LLP (US)
701 5th Avenue, Suite 7000
Seattle, Washington 98104
Telephone: (206) 839-4800
Facsimile: (206) 839-4801

Paul Cowie, *Admitted Pro Hac Vice*
Email: pcowie@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 815-2600
Facsimile: (650) 815-2601

John Ellis, *Admitted Pro Hac Vice*
Email: jellis@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, Seventeenth Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Karin Vogel, *Admitted Pro Hac Vice*
Email: kvogel@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 338-6500
Facsimile: (619) 234-3815

*Attorneys for Defendants*

JOINT STATUS REPORT – 3
CASE NO. 2:17-CV-00028-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 | DATED this 9th day of December, 2019.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiffs*

JOINT STATUS REPORT – 4
CASE NO. 2:17-CV-00028-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com