THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON and DAVID RAYMOND, on their own behalf and on the behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, and KNIGHT PORT SERVICES, LLC, an Arizona limited liability company,<br><br>   Defendants. | CASE NO. C17-0028-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint request to approve the proposed class notice plan (Dkt. No. 118). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion for the reasons explained herein.

On June 8, 2020, the Court certified the class. (Dkt. No. 117.) The parties now move for approval of their class notice form and notice plan. (Dkt. No. 118.) The Court must "direct to class members the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort." *See* Fed. R. Civ. P.

ORDER
C17-0028-JCC
PAGE - 1

23(c)(2)(B). The class notice must be stated in "plain, easily understood language" and contain: (i) the nature of the action; (ii) the definition of the class certified; (iii) the class claims, issues, or defenses; (iv) that a class member may enter an appearance through an attorney; (v) that the court will exclude from the class any member who requests it; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a class judgment on members. *Id.* The Court FINDS that the parties' proposed notice form and notice plan, (Dkt. Nos. 118 at 7–16), satisfy the elements of Rule 23. Accordingly, the parties' joint request for approval of the proposed class notice plan (Dkt. No. 118) is GRANTED.

The parties are DIRECTED to meet and confer to develop a proposed case management schedule. If the parties cannot agree on a case management schedule, Plaintiffs shall file a proposed case management schedule, to which Defendants may respond. The proposed case management schedule is due by August 17, 2020. If the parties cannot agree, Defendants' response is due by August 19, 2020.

DATED this 17th day of July 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE