THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON and DAVID RAYMOND, on their own behalf and on the behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, and KNIGHT PORT SERVICES, LLC, an Arizona limited liability company,<br><br>Defendants. | CASE NO. C17-0028-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to the parties' joint proposed case management schedule (Dkt. No. 120). The Court hereby ENTERS the following scheduling order:

1. The due date for the class list shall be August 24, 2020;
2. The due date for mailing of class notice shall be September 8, 2020;
3. The opt-out deadline shall be November 9, 2020;

MINUTE ORDER
C17-0028-JCC
PAGE - 1

4. Expert reports are due April 12, 2021;

5. The discovery cutoff is on June 20, 2021;

6. Any dispositive motions must be filed no later than July 18, 2021;

7. The proposed pretrial order must be filed no later than October 4, 2021;

8. Trial briefs, voir dire, and jury instructions must be filed no later than October 14, 2021; and

9. Trial is set for October 18, 2021, at 9:30 a.m.

DATED this 21st day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk