THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON and DAVID RAYMOND, on their own behalf and on the behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, and KNIGHT PORT SERVICES, LLC, an Arizona limited liability company,<br><br>Defendants. | CASE NO. C17-0028-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and modify the scheduling order (Dkt. No. 134). Having thoroughly reviewed the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS:

1. The deadline for expert reports is continued to July 23, 2021;
2. The discovery cutoff is continued to September 24, 2021;
3. The dispositive motions deadline is continued to December 17, 2021;

MINUTE ORDER
C17-0028-JCC
PAGE - 1

4. The parties shall complete mediation or other alternative dispute resolution by February 14, 2022;

5. The deadline for the proposed pretrial order is continued to February 28, 2022;

6. The deadline for trial briefs, voir dire, and jury instructions is continued to March 10, 2022; and

7. Trial is continued to March 14, 2022 at 9:30 a.m.

DATED this 29th day of April 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

MINUTE ORDER
C17-0028-JCC
PAGE - 2