THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON and DAVID RAYMOND, on their own behalf and on the behalf of all others similarly situated<br><br>Plaintiffs,<br><br>    v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, and KNIGHT PORT SERVICES, LLC, an Arizona limited liability company,<br><br>Defendants. | CASE NO. C17-0028-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to modify certain deadlines (Dkt. No. 139) in the Court's April 29, 2021, minute order granting parties' stipulated motion to continue trial and modify the scheduling order (Dkt. No. 135). Having thoroughly reviewed the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion (Dkt. No. 139) and ORDERS:

1. The deadline for expert reports is continued to October 11, 2021;

MINUTE ORDER
C17-0028-JCC
PAGE - 1

2. The deadline for rebuttal expert reports is continued to October 29, 2021;

3. The discovery cutoff for the purposes of expert discovery, the agreed upon class member depositions, up to three requests for admission as to whether information Plaintiffs requested informally on August 10, 2021, exists, and any written discovery already served as of September 23, 2021, is continued to November 19, 2021;

4. All other dates set forth in the April 29, 2021 scheduling order (Dkt. No. 135) remain in place.

DATED this 28th day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk