THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON and DAVID RAYMOND, on their own behalf and on the behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, and KNIGHT PORT SERVICES, LLC, an Arizona limited liability company,<br><br>Defendants. | CASE NO. C17-0028-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to modify the scheduling order (Dkt. No. 143). Having thoroughly reviewed the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion (Dkt. No. 143) and ORDERS:

1. The discovery cutoff for the purposes of completing Ursus Maurus's deposition and filing any motion to compel responses regarding Mr. Maurus's deposition is

1          continued to December 17, 2021;

2    2.   The last day to file dispositive motions is December 22, 2021;

3    3.   All other dates set forth in the scheduling orders remain in place.

4    DATED this 9th day of December 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk