THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON and DAVID RAYMOND, on their own behalf and on the behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, and KNIGHT PORT SERVICES, LLC, an Arizona limited liability company,<br><br>Defendants. | CASE NO. C17-0028-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial and modify the scheduling order (Dkt. No. 181). The parties request that the June 6, 2022, trial date and related deadlines be reset after the Court has ruled on the parties' pending motions (*Id. See also* Dkt. Nos. 146, 147, 153.) Having thoroughly reviewed the motion and the relevant record, and finding good cause to continue, the Court hereby GRANTS the motion. The Court will continue the trial date and related deadlines; parties may again move to continue as

MINUTE ORDER
C17-0028-JCC
PAGE - 1

necessary upon the resolution of their pending motions. Accordingly, the Court hereby ORDERS:

1. The deadline for the proposed pretrial order is continued to August 19, 2022;
2. The deadline for trial briefs, voir dire, and jury instructions is continued to September 5, 2022; and
3. Trial is continued to September 19, 2022 at 9:30 a.m.

DATED this 14th day of April 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk