THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| VALERIE SAMPSON and DAVID RAYMOND, on their own behalf and on the behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, and KNIGHT PORT SERVICES, LLC, an Arizona limited liability company,<br><br>Defendants. | CASE NO. C17-0028-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and modify the scheduling order (Dkt. No. 183). Having thoroughly reviewed the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS:

1. Trial is continued to February 6, 2023, at 9:30 a.m.
2. The Clerk is DIRECTED to renote Defendants' motion for summary judgment (Dkt. No. 146) and Plaintiffs' motion for partial summary judgment (Dkt. No. 153) for

consideration on September 21, 2022, following oral argument scheduled for September 20, 2022. All briefing and other deadlines related to this motion remain unchanged.

3. In the interest of judicial efficiency, the Clerk is further DIRECTED to renote Defendants' motion to exclude expert testimony (Dkt. No. 147) for consideration on September 21, 2022, following oral argument on the parties' summary judgment motions. All briefing and other deadlines related to this motion remain unchanged.

DATED this 22nd day of July 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk