THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALERIE SAMPSON and DAVID RAYMOND, on their own behalf and on the behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KNIGHT TRANSPORTATION, INC., an Arizona corporation, KNIGHT REFRIGERATED, LLC, an Arizona limited liability company, and KNIGHT PORT SERVICES, LLC, an Arizona limited liability company,<br><br>Defendants. | NO. 2:17-cv-00028-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO RE-OPEN CASE TO SEEK APPROVAL OF SECOND ROUND OF DISTRIBUTION OF SETTLEMENT FUNDS**<br><br>Noted on Motion Calendar: September 6, 2024 |

Defendants Knight Transportation, Inc., Knight Refrigerated, LLC, and Knight Port Services, LLC ("Defendants") and Plaintiffs Valerie Sampson and David Raymond ("Plaintiffs"), by and through their respective counsel, hereby submit this stipulated motion to re-open this case to seek Court approval of a second round of distribution of the Settlement funds in this previously certified class action.

WHEREAS, on January 6, 2017, Defendant Knight Transportation, Inc. removed this case to the Western District of Washington (ECF 1);

STIPULATED MOTION AND [PROPOSED] ORDER TO RE-OPEN CASE TO SEEK APPROVAL OF SECOND ROUND OF DISTRIBUTION OF SETTLEMENT FUNDS – 1
CASE NO. 2:17-CV-00028-JCC

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

1  WHEREAS, on June 8, 2020, the Court granted Plaintiffs' motion for class certification (ECF 117) and approved notice to the class (ECF 119);

WHEREAS, on November 8, 2022 the Court granted preliminary approval of a class action settlement (ECF 192) and on April 4, 2023, the Court granted final approval of that settlement (ECF 201);

WHEREAS, on May 12, 2023, the Court entered judgment and closed this matter (ECF 203);

WHEREAS, the parties have implemented and complied with the terms of the settlement agreement, and distributed funds to class members in accordance therewith;

WHEREAS, after distribution of the settlement funds to class members, there remains $57,973.48 in the settlement fund;

WHEREAS, Plaintiffs propose and Defendants do not oppose a second distribution of the remaining funds to class members who cashed their checks during the first round;

WHEREAS, Plaintiffs propose and Defendants do not oppose calculating the awards for the second distribution in accordance with the pro rata calculations set forth in the settlement agreement;

WHEREAS, the Settlement Administrator, Simpluris, that was approved by the Court to handle settlement administration has agreed to cap its fee for this second distribution at $3,900, which would come out of the $57,973.48 remaining in the settlement fund;

WHEREAS, this would leave $54,073.48 to be distributed to class members;

THEREFORE, the parties respectfully request the Court re-open this matter and approve a second distribution as set forth in the below Proposed Order.

STIPULATED MOTION AND [PROPOSED]
ORDER TO RE-OPEN CASE TO SEEK
APPROVAL OF SECOND ROUND OF
DISTRIBUTION OF SETTLEMENT FUNDS – 2
CASE NO. 2:17-CV-00028-JCC

Rekhi & Wolk, P.S.
529 Warren Ave N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

1  RESPECTFULLY SUBMITTED AND DATED this 9th day of September, 2024.

2  REKHI & WOLK, P.S.

3
   By: *s/ Erika Lane*, WSBA No. 40854
4  Hardeep S. Rekhi, WSBA No. 34579
   Gregory A Wolk, WSBA No. 28946
5  Erika Lane, WSBA No. 40854
   529 Warren Ave N., Suite 201
6  Seattle, WA 98109
7  Telephone: (206) 388-5887
   Facsimile: (206) 577-3924
8  E-Mail: hardeep@rekhiwolk.com
           greg@rekhiwolk.com
9          elane@rekhiwolk.com

10

11 TERRELL MARSHALL LAW GROUP
   PLLC
12
   By: /s/ Toby J. Marshall, WSBA No. 32726
13     Toby J. Marshall, WSBA #32726
       Email: tmarshall@terrellmarshall.com
14     936 North 34th Street, Suite 300
15     Seattle, Washington 98103
       Telephone: (206) 816-6603
16     Facsimile: (206) 319-5450

17 *Attorneys for Plaintiffs and the Certified Class*
18

19 DLA PIPER LLP (US)

20 By:/s/ Anthony Todaro, WSBA #30391
      Anthony Todaro, WSBA #30391
21    Email: anthony.todaro@dlapiper.com
      Jeffrey B. DeGroot, WSBA #46839
22    Email: jeff.degroot@dlapiper.com
23    Email: patsy.howson@dlapiper.com
      701 5th Avenue, Suite 7000
24    Seattle, Washington 98104
      Telephone: (206) 839-4800
25    Facsimile: (206) 839-4801

26

STIPULATED MOTION AND [PROPOSED]
ORDER TO RE-OPEN CASE TO SEEK
APPROVAL OF SECOND ROUND OF
DISTRIBUTION OF SETTLEMENT FUNDS – 3
CASE NO. 2:17-CV-00028-JCC

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | |
| 3 | By: /s/ John D. Ellis |
| |    Paul Cowie, *Admitted Pro Hac Vice* |
| 4 |    Email: pcowie@sheppardmullin.com |
| |    SHEPPARD, MULLIN, RICHTER |
| 5 |      & HAMPTON LLP |
| 6 |    379 Lytton Avenue |
| |    Palo Alto, California 94301 |
| 7 |    Telephone: (650) 815-2600 |
| |    Facsimile: (650) 815-2601 |
| 8 | |
| 9 |    John Ellis, *Admitted Pro Hac Vice* |
| |    Email: jellis@sheppardmullin.com |
| 10 |    SHEPPARD, MULLIN, RICHTER |
| |      & HAMPTON LLP |
| 11 |    Four Embarcadero Center, 17th Floor |
| |    San Francisco, California 94111 |
| 12 |    Telephone: (415) 434-9100 |
| |    Facsimile: (415) 434-3947 |
| 13 | |
| 14 | *Attorneys for Defendants* |

STIPULATED MOTION AND [PROPOSED]
ORDER TO RE-OPEN CASE TO SEEK
APPROVAL OF SECOND ROUND OF
DISTRIBUTION OF SETTLEMENT FUNDS – 4
CASE NO. 2:17-CV-00028-JCC

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA  98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

# ~~[PROPOSED]~~ ORDER

This matter came before the Court on the parties' Stipulation to Re-Open Case to Seek Approval of a Second Round of Distribution of Settlement Funds in this previously certified class action.

Pursuant to the parties' Stipulation and Fed. R. Civ. P. 60(b)(6), the Court finds good cause to re-open this case. Pursuant to the parties' Stipulation and the Court's previous Orders in this matter, the Court approves a second distribution to Settlement Class Members who cashed their checks during the first distribution, with those awards to be calculated on the same pro rata basis as set forth in the Settlement Agreement and previously approved by this Court. The Court further approves the payment of $3,900 to the Settlement Administrator, Simpluris. The Settlement Administrator shall proceed with the second distribution within 30 days of this Order.

**IT IS SO ORDERED.**

DATED this 9th day of September 2024

_____
THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ~~[PROPOSED]~~
ORDER TO RE-OPEN CASE TO SEEK
APPROVAL OF SECOND ROUND OF
DISTRIBUTION OF SETTLEMENT FUNDS – 5
CASE NO. 2:17-CV-00028-JCC

Rekhi & Wolk, P.S.
529 Warren Ave N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

## CERTIFICATE OF SERVICE

I, Erika Lane, hereby certify that on September 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Anthony Todaro, WSBA #30391
Email: anthony.todaro@dlapiper.com
Jeffrey B. DeGroot, WSBA #46839
Email: jeff.degroot@dlapiper.com
Email: patsy.howson@dlapiper.com
DLA PIPER LLP (US)
701 5th Avenue, Suite 7000
Seattle, Washington 98104
Telephone: (206) 839-4800
Facsimile: (206) 839-4801

Paul Cowie, *Admitted Pro Hac Vice*
Email: pcowie@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 815-2600
Facsimile: (650) 815-2601

John Ellis, *Admitted Pro Hac Vice*
Email: jellis@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, Seventeenth Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

Karin Vogel, *Admitted Pro Hac Vice*
Email: kvogel@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101

STIPULATED MOTION AND [PROPOSED]
ORDER TO RE-OPEN CASE TO SEEK
APPROVAL OF SECOND ROUND OF
DISTRIBUTION OF SETTLEMENT FUNDS – 6
CASE NO. 2:17-CV-00028-JCC

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924

Telephone: (619) 338-6500
Facsimile: (619) 234-3815

*Attorneys for Defendants*

DATED this 6th day of September, 2024.

        REKHI & WOLK, P.S.

        By: *s/ Erika Lane*, WSBA No. 40854
        Hardeep S. Rekhi, WSBA No. 34579
        Gregory A Wolk, WSBA No. 28946
        Erika Lane, WSBA No. 40854
        529 Warren Ave N., Suite 201
        Seattle, WA 98109
        Telephone: (206) 388-5887
        Facsimile: (206) 577-3924
        E-Mail: hardeep@rekhiwolk.com
                  greg@rekhiwolk.com
                  elane@rekhiwolk.com

*Attorneys for Plaintiffs and the Certified Class*

STIPULATED MOTION AND [PROPOSED] ORDER TO RE-OPEN CASE TO SEEK APPROVAL OF SECOND ROUND OF DISTRIBUTION OF SETTLEMENT FUNDS – 7
CASE NO. 2:17-CV-00028-JCC

**Rekhi & Wolk, P.S.**
529 Warren Ave N., Suite 201
Seattle, WA 98109
Phone: (206) 388-5887
Facsimile: (206) 577-3924